UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**FREDERICK TAYLOR (#584738)**            **CIVIL ACTION**

**VERSUS**

**WARDEN VANNOY**            **NO. 18-0700-SDD-EWD**

## RULING

Considering Petitioner's Motion to Proceed *In Forma Pauperis* (R. Doc. 2),

**IT IS ORDERED** that Petitioner's Motion is **DENIED** for the reason that Petitioner has sufficient funds to pay the Court's filing fee.

**IT IS FURTHER ORDERED** that within twenty-one (21) days of the date of this Order, Petitioner shall pay the filing fee of $5.00 to the Clerk of this Court or this action shall be dismissed. It is Petitioner's responsibility to pay the Court's filing fee. The prison will **NOT** forward payment of the filing fee without Petitioner's written authorization.

Signed in Baton Rouge, Louisiana, on October 3, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**