UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TAYLOR

VERSUS

VANNOY, ET AL.

CIVIL ACTION

18-700-SDD-EWD

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 19, 2021.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Petitioner's application for *habeas corpus* relief is DENIED as untimely, unexhausted, and procedurally barred, and this proceeding is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that a certificate of appealability be DENIED if Petitioner seeks to pursue an appeal.

Signed in Baton Rouge, Louisiana on September 22, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.